# United States District Court

### DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.

JOSÈ MEJÌA-LUNA

## Criminal Complaint

CASE NUMBER: 06- 144 M

(Name and Address of Defendant)

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about  November 18, 2006  in  New Castle  County, in the District of Delaware, defendant knowingly possessed an alien registration receipt card, required as evidence of authorized stay or employment in the United States, knowing it to be forged, counterfeited, altered, or falsely made, in violation of Title  18  United States Code, Section(s) 1546(a).

I further state that I am a(n)  Special Agent, Department of Homeland Security, ICE   and that this complaint is based
                                      Official Title
on the following facts:

See attached Affidavit

Continued on the attached sheet and made a part hereof:    Yes X

_____
Signature of Complainant
William O. Horn
Special Agent, ICE

Sworn to before me and subscribed in my presence,

 November 21, 2006                            at   Wilmington, DE
Date                                                City and State

Honorable Mary Pat Thynge
United States Magistrate Judge                _____
Name & Title of Judicial Officer              Signature of Judicial Officer

## AFFIDAVIT

I, William O. Horn, being duly sworn, depose and say:

1. I am a Special Agent with the United States Department of Homeland Security, Bureau of Immigration & Customs Enforcement (ICE), Wilmington, Delaware. I have been employed as a Special Agent since October 1, 1997, when I was employed by the Immigration and Naturalization Service (INS). The INS was transferred to the U.S. Department of Homeland Security as the Bureau of Immigration & Customs Enforcement in March 2003.

2. This investigation is based on information provided by State of Delaware government agencies, INS/ICE records, and my own observations and interviews.

3. On or about November 17, 2006, ICE Agents encountered an individual during a traffic stop by New Castle County Police. When asked for his driver's license, the individual, who stated that his name was Emanuel LUNA-Mejía, said that he did not have one and that he was an illegal alien. At that point he was arrested and searched. In his pocket, he had a counterfeit Alien Registration Receipt Card, and in his wallet he had another one. During a search of the vehicle, another counterfeit Alien Registration Receipt Card and a counterfeit Social Security card were found, along with three Polaroid photographs, two of which had biographical information on the reverse. There was also a counterfeit Mexican driver's license from the state of Nuevo León in the name of Emanuel LUNA-Mejía.

4. On November 17, 2006, Emanuel LUNA-Mejía was interviewed at the Headquarters of the New Castle County Police Department, where he stated that his true and correct name was José MEJÍA-Luna, and that he was a citizen of Mexico in the United States illegally. José MEJÍA-Luna stated that he lived at an address in Newark, Delaware. He stated that the vehicle he was driving belonged to his friend, David DE LA ROSA, who lived next door to him. The writer and other ICE Agents went to both addresses and obtained consent to search them for David DE LA ROSA. No evidence of David DE LA ROSA was found, and no one at either address claimed to know him. Several people were asked about the green Neon that José MEJÍA-Luna was driving, and stated that the only green car on the block was parked several houses away.

5. On November 18, 2006 and November 20, 2006, your affiant advised José MEJÍA-Luna of his rights and interviewed him at the ICE office in Dover, DE, where he advised your affiant that his true and correct name is José MEJÍA-Luna and that he is a citizen of Mexico. When asked, José MEJÍA-Luna stated that he had seen the documents in the car and believed that they were counterfeit, so he attempted to conceal them when the police stopped him.

7. Your affiant has reviewed the computerized databases of ICE and Citizenship and Immigration Services (CIS), another component of the Department of Homeland Security that was previously part of the INS, and found no evidence of any lawful status for José MEJÍA-Luna.

WHEREFORE, your affiant avers there is probable cause to believe that José MEJÍA-Luna, a citizen and national of Mexico, knowingly possessed three counterfeit Alien Registration Receipt Cards and a counterfeit Social Security card, evidence of authorized stay or employment in the

United States, knowing that such documents were counterfeit, in violation of Title 18, United States Code, 1546(a).

William O. Horn
Special Agent
U.S. Immigration & Customs Enforcement