✳ Filed in open court 11/21/06
(ew)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Criminal Action No. 06- 144 M (MPT) |
| JOSE MEJIA-LUNA, | ) ) ) |
| Defendant. | ) ) |

## MOTION FOR DETENTION HEARING

**NOW COMES** the United States and moves for the pretrial detention of the defendant, pursuant to 18 U.S.C. § 3142(d), (e) and (f). In support of the motion, the United States alleges the following:

1. **Eligibility of Case.** This case is eligible for a detention order because case involves **(check all that apply)**:

    \_\_\_\_ Crime of violence (18 U.S.C. § 3156)

    \_\_\_\_ Maximum sentence life imprisonment or death

    \_\_\_\_ 10+ year drug offense

    \_\_\_\_ Felony, with two prior convictions in above categories

    \_\_\_\_ Minor victim; possession or use of firearm, destructive device or other dangerous weapon; or failure to register under 18 U.S.C. § 2250

    \_X\_ Serious risk defendant will flee

    \_\_\_\_ Serious risk obstruction of justice

2. **Reason For Detention.** The court should detain defendant because there are no conditions of release which will reasonably assure **(check one or both)**:

    \_X\_ Defendant's appearance as required

    \_\_\_\_ Safety of any other person and the community

3. **Rebuttable Presumption**. The United States WILL NOT invoke the rebuttable presumption against defendant under § 3142(e). (If yes) The presumption applies because (**check one or both**):

    \_\_ Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. § 924(c)

    \_\_ Previous conviction for "eligible" offense committed while on pretrial bond

4. **Time For Detention Hearing**. The United States requests the court conduct the detention hearing,

    \_\_ At first appearance

    \_\_ After continuance of \_\_ days (not more than 3).

5. **Temporary Detention**. The United States request the temporary detention of the defendant for a period of __6__ days (not more than 10) so that the appropriate officials can be notified since (**check 1 or 2, and 3**):

    1. At the time the offense was committed the defendant was:

        \_\_ (a) on release pending trial for a felony;

        \_\_ (b) on release pending imposition or execution of sentence, appeal of sentence or conviction, or completion of sentence for an offense;

        \_\_ (c) on probation or parole for an offense.

  __X__ 2. The defendant is not a citizen of the U.S. or lawfully admitted for permanent residence.

  __X__ 3. The defendant may flee or pose a danger to any other person or the community.

6. **Other Matters**.

_____

_____

DATED this __21st__ day of ___November___, 2006.

                              Respectfully submitted,

                              COLM F. CONNOLLY
                              United States Attorney

BY: _/s/ Robert F. Kravetz_____
      Robert F. Kravetz
      Assistant United States Attorney

Case 1:06-cr-00135-JJF   Document 3   Filed 11/21/2006   Page 3 of 3