IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 06-135-JJF |
| JOSE MEJIA-LUNA, | : | |
| Defendant. | : | |

## O R D E R

WHEREAS, on March 16, 2007, the Court set a Scheduling Conference for April 19, 2007 in the above-captioned case;

WHEREAS, the Court has been advised that Plea Agreement has been reached;

WHEREAS, the Court will hold a Rule 11 hearing on Defendant's proposed guilty plea;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. The Scheduling Conference set for April 19, 2007 at 10:15 a.m. is **CANCELLED**.

2. A Rule 11 hearing will be held on **Friday, March 30, 2007 at 9:30 p.m.,** in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

3. The time between the date of this Order and March 30, 2007 shall be excludable under the Speedy Trial Act in the interests of justice (18 U.S.C. §3161 et seq.)

March 21, 2007
DATE

UNITED STATES DISTRICT JUDGE

F I L E D

MAR 2 1 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE